# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR273 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ALAN VOLNER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Alan Volner (Volner) for a release upon recognizance (Filing No. 37). After reviewing the motion and a Release Proposal Investigation by Pretrial Services, the motion for release (Filing No. 37) will be granted. This order will become effective upon Volner executing a Consent to Modify the conditions of release as prepared by his Pretrial Services supervising officer.

**IT IS SO ORDERED.**

DATED this 6th day of October, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge